```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 07 B 09986
   MARK EDWIN SZPARKOWSKI
   NANCY ANN SZPARKOWSKI                   CHAPTER 13

                                           JUDGE: SUSAN PIERSON SONDERBY
            Debtor
   SSN XXX-XX-3390    SSN XXX-XX-3480


------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 06/04/2007 and was not confirmed.

     The case was dismissed without confirmation 08/23/2007.
------------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
------------------------------------------------------------------------
CITIZENS BANK            SECURED VEHIC          .00           .00            .00
HOMEQ SERVICING          CURRENT MORTG          .00           .00            .00
PORTFOLIO RECOVERY ASSOC UNSEC W/INTER       509.23           .00            .00
ASSET ACCEPTANCE LLC     UNSEC W/INTER       107.97           .00            .00
CAPITAL ONE              UNSEC W/INTER       860.27           .00            .00
FIRST EXPRESS            UNSEC W/INTER       673.36           .00            .00
ECAST SETTLEMENT CORP    UNSEC W/INTER      2326.54           .00            .00
LVNV FUNDING             UNSEC W/INTER    NOT FILED           .00            .00
JEFFERSON CAPITAL SYSTEM UNSEC W/INTER       492.88           .00            .00
NICOR GAS                UNSEC W/INTER       301.05           .00            .00
RJM AQUISITIONS FUNDING  UNSEC W/INTER    NOT FILED           .00            .00
ROUNDUP FUNDING LLC      UNSEC W/INTER       776.64           .00            .00
TARGET NATIONAL BANK     UNSEC W/INTER       341.58           .00            .00
VERIZON WIRELESS         UNSEC W/INTER    NOT FILED           .00            .00
HOMEQ SERVICING          MORTGAGE ARRE     20000.00           .00            .00
RICHARD J FORST          DEBTOR ATTY            .00                          .00
TOM VAUGHN               TRUSTEE                                             .00
DEBTOR REFUND            REFUND                                              .00

      Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                         RECEIPTS         DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                       .00

PRIORITY                                         .00
SECURED                                          .00
UNSECURED                                        .00
ADMINISTRATIVE                                   .00
TRUSTEE COMPENSATION                             .00
DEBTOR REFUND                                    .00
                         --------------   --------------
TOTALS                        .00                .00


                 PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 09986 MARK EDWIN SZPARKOWSKI & NANCY ANN SZPARKOWSKI
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 12/05/07

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE